Robert D. Wilkinson  #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for   Defendant PIOQUINTO LARIOS SANTACRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PIOQUINTO LARIOS SANTACRUZ, <br><br> Defendant. | Case No. 1:08-CR-00124 AWI <br><br> APPLICATION AND ORDER TO SEAL DECLARATION OF ROBERT D. WILKINSON IN SUPPORT OF DEFENDANT PIOQUINTO LARIOS SANTACRUZ'S SUPPLEMENTAL MOTION FOR DISCOVERY (Local Rule 39-141) <br><br> DATE: August 10, 2009 <br> TIME: 9:00 a.m. <br> COURTROOM: Two <br> JUDGE: Hon. Anthony W. Ishii |

**APPLICATION**

I, Robert D. Wilkinson, declare as follows:

1. I am counsel for Defendant PIOQUINTO LARIOS SANTACRUZ in the above-referenced matter and make this declaration in support of this Application to Seal Declaration of Robert D. Wilkinson in Support of Defendant Pioquinto Larios Santacruz's Supplemental Motion for Discovery. If called to testify, I would and could competently testify as set forth below.

2. I make this application to seal my declaration in support of my client's motion for supplemental discovery on the grounds that the excerpts of discovery attached to my declaration may not be disclosed pursuant to the terms of the Court's Order in *In re: Interception of*

*Wire Communications to and from the Cellular Telephone Assigned Mobile Identification No: 559-759-8564, bearing electronic serial number: 06276BC4*, and Related Actions, U.S. District Court for the Eastern District of California Case No. 1:08-SW-00004 AWI pursuant to Title 18, United States Code section 2518.  Furthermore, disclosure of the material may violate the Defendant's due process right to a fair trial.

3. Attached to the Declaration are approximately 11 applications, affidavits in support of applications and/or orders authorizing interception of wire communications.  These documents have been produced to all Defendants and their counsel pursuant to the order referenced above.  Pursuant to the terms of that Order, these documents may only be disclosed to the Defendants, counsel of record in this matter, counsels' staff, and witnesses.  The Order does not authorize disclosure of these materials to the public in general.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 14, 2009.

/s/ Robert D. Wilkinson
Robert D. Wilkinson

**ORDER SEALING DECLARATION OF**
**ROBERT D. WILKINSON IN SUPPORT OF**
**DEFENDANT PIOQUINTO LARIOS SANTACRUZ'S**
**MOTION FOR SUPPLEMENTAL DISCOVERY**

Good cause having been shown, the Court hereby orders that the Declaration of Robert D. Wilkinson in Support of Defendant Pioquinto Larios Santacruz's Supplemental Motion for Discovery, and the exhibits thereto, lodged herewith, shall be filed under seal until further order of the Court.  Mr. Wilkinson's declaration and the exhibits thereto may be disclosed to the parties and their counsel in this matter pursuant to the terms of the Order issued in *In re: Interception of Wire Communications to and from the Cellular Telephone Assigned Mobile*

///

///

1  *Identification No: 559-759-8564, bearing electronic serial number: 06276BC4*, and Related
2  Actions, U.S. District Court for the Eastern District of California Case No. 1:08-SW-00004 AWI.
3
4  IT IS SO ORDERED.
5  **Dated:   July 16, 2009**              /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE

APPLICATION & ORDER TO SEAL DECL. OF ROBERT D. WILKINSON IN SUPPORT OF DEFT. PIOQUINTO LARIOS SANTACRUZ'S SUPPLEMENTAL MOTION FOR DISCOVERY (Local Rule 39-141)