Robert D. Wilkinson  #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for  Defendant PIOQUINTO LARIOS SANTACRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>PIOQUINTO LARIOS SANTACRUZ,<br><br>                    Defendant. | Case No. 1:08-CR-00124 AWI<br><br>**APPLICATION AND ORDER TO SEAL DECLARATION OF ROBERT D. WILKINSON IN SUPPORT OF DEFENDANT PIOQUINTO LARIOS SANTACRUZ'S OPPOSITION TO GOVERNMENT'S MOTION FOR RECONSIDERATION AND EXHIBITS ATTACHED THERETO** |

**APPLICATION**

I, Robert D. Wilkinson, declare as follows:

1.  I am counsel for Defendant PIOQUINTO LARIOS SANTACRUZ in the above-referenced matter and make this declaration in support of this Application to Seal Declaration of Robert D. Wilkinson in Support of Defendant Pioquinto Larios Santacruz's Opposition to Government's Motion for Reconsideration and Exhibits Attached Thereto.  If called to testify, I would and could competently testify as set forth below.

2.  I make this application to seal my declaration in support of my client's opposition to the government's motion to reconsider this Court's ruling that the government must produce unredacted telephone toll records by August 31, 2009.  A number of the documents in support of Mr. SANTACRUZ's opposition reveal the identity of the informant at trial who will

testify for the government against Mr. SANTACRUZ.  Although the undersigned counsel does not necessarily agree, he understands that the government takes the position that the discovery produced in this matter, including the informant's identity, is confidential from the public.  In this regard, as a courtesy to the government, I contacted its counsel, Assistant U.S. Attorney Karen A. Escobar, and she confirmed the government considered this information to be confidential.  Moreover, on behalf of Mr. SANTACRUZ, I contend that public disclosure of the material may violate Mr. SANTACRUZ's due process right to a fair trial.

3. Attached to the Declaration of Robert D. Wilkinson in Support of Defendant Pioquinto Larios Santacruz's Opposition to Government's Motion for Reconsideration are three exhibits that identify the informant by name, by circumstance or by name and address.  Notably, in the course of discovery these documents have been all been produced to all Defendants and their counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 26, 2009.

      /s/ Robert D. Wilkinson
Robert D. Wilkinson

**ORDER SEALING DECLARATION OF
ROBERT D. WILKINSON AND EXHIBITS IN SUPPORT OF
DEFENDANT PIOQUINTO LARIOS SANTACRUZ'S
OPPOSITION TO GOVERNMENT'S MOTION FOR RECONSIDERATION**

Good cause having been shown, THE COURT HEREBY ORDERS that the Declaration of Robert D. Wilkinson in Support of Defendant Pioquinto Larios Santacruz's Opposition to Government's Motion for Reconsideration, and the Exhibits thereto, lodged herewith, shall be filed under seal until further order of the Court.

IT IS SO ORDERED.

Dated:   **August 28, 2009**          /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE