Robert D. Wilkinson  #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant PIOQUINTO LARIOS SANTACRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PIOQUINTO LARIOS SANTACRUZ, et al.,<br><br>        Defendants. | Case No.1:08-CR-00124 OWW<br><br>**ORDER TO PRODUCE PRETRIAL SERVICES REPORT**<br><br>DATE:         N/A<br>TIME:         N/A<br>COURTROOM:    Three<br>JUDGE:        Hon. Oliver W. Wanger<br>TRIAL DATE:   April 8, 2010 |

Good cause having been shown therefor at the time of the April 8, 2010, hearing on Defendant PIOQUINTO LARIOS SANTACRUZ's Motion in Limine to Exclude Evidence of the Pretrial Services Report, THE COURT HEREBY GRANTS Defendant PIOQUINTO LARIOS SANTACRUZ's request and orders the production of the Pretrial Services Report prepared herein for PIOQUINTO LARIOS SANTACRUZ.  Copies of the report shall be produced to both the government and defense on or before April 15, 2010.

DATED:  April 13, 2010.        __/s/ OLIVER W. WANGER_____
                                Oliver W. Wanger
                                Senior United States District Judge

C:\WINDOWS\Temp\notes101AA1\Proposed order to produce PTS report.WPD

ORDER TO PRODUCE PRETRIAL SERVICES REPORT