Robert D. Wilkinson  #100478
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for   Defendant, PIOQUINTO LARIOS SANTACRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>PIOQUINTO LARIOUS SANTACRUZ, et al.,<br><br>              Defendants. | Case No.: 1:08-CR-00124 OWW<br><br>**STIPULATION RE: CONTINUANCE OF SENTENCING HEARING, AND ORDER**<br><br>DATE:  July 12, 2010<br>TIME:   9:00 a.m.<br>COURTROOM:  Three (3)<br>JUDGE:  Hon. Oliver W. Wanger |

Defendant, PIOQUINTO LARIOS SANTACRUZ (hereinafter "Mr. SANTACRUZ"), by and through his attorney, ROBERT D. WILKINSON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

        1.    The parties to the above-captioned matter agree to vacate the July 12, 2010 sentencing date and reset the matter for August 2, 2010, at 9:00 a.m.

        2.    The Government will file its opposition to Defendant PIOQUINTO LARIOS SANTACRUZ' Amended Formal Objections to Advisory Guideline Presentence

1

Investigation Report and Sentencing Memorandum on or before July 26, 2010.

        3.      The parties stipulate that the continuance is necessitated by the defendant's need to prepare adequately for sentencing.

Respectfully submitted,

DATED: July 8, 2010
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 8, 2010
BAKER MANOCK & JENSEN, PC

By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant, PIOQUINTO LARIOS SANTACRUZ

## ORDER

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of July 12, 2010, is hereby vacated and is reset for August 2, 2010 at 9:00 a.m.

IT IS FURTHER ORDERED that the Government file its opposition to Defendant PIOQUINTO LARIOS SANTACRUZ' Amended Formal Objections to Advisory Guideline Presentence Investigation Report and Sentencing Memorandum on or before July 26, 2010.

IT IS SO ORDERED.

Dated: **July 9, 2010**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE